CALEB R. TROTTER, SBN 305195
CTrotter@pacificlegal.org
DONNA G. MATIAS, SBN 154268
DMatias@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
(916) 419-7111

*Attorneys for Plaintiff Jason Murchison*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| JASON MURCHISON, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF NEWPORT BEACH, CALIFORNIA, <br><br> Defendant. | Case No.: 8:25-cv-00155-FWS-DFM <br><br> **NOTICE OF SETTLEMENT** |

Plaintiff Jason Murchison, by and through undersigned counsel, hereby notifies the Court that Plaintiff and Defendant City of Newport Beach, California have agreed to a settlement in this case. The parties are in the process of completing the remaining steps to finalize the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that settlement and dismissal should be finalized within the next 60 days.

DATED: May 29, 2026.

Respectfully submitted,

CALEB R. TROTTER
DONNA G. MATIAS
Pacific Legal Foundation

By s/ *Caleb R. Trotter*
    CALEB R. TROTTER

*Attorneys for Plaintiffs*